CATHERINE SHERIDAN, Appellant, v. GRANTON BUILDING COMPANY, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

SCHUYLKILL FUEL CORPORATION v. B. & C. NIEBERG REALTY CORPORATION, INC., and Others. (Action No. 1).— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

SCHUYLKILL FUEL CORPORATION v. B. & C. NIEBERG REALTY CORPORATION, INC., and Others. (Action No. 2.) — Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

GEORGE KOENIG v. LOUIS GARSHOFSKY, Impleaded with MILLAGE CORPORATION. —. Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of WILLIAM MUSS ARNOLT and STEPHEN WRAY, as Executors, etc., of CHARLOTTE FRANCES LOUISE ARNOLT, Deceased. WILLIAM MUSS ARNOLT, Appellant.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of WILLIAM MUSS ARNOLT and STEPHEN WRAY, as Executors, etc., of CHARLOTTE FRANCES LOUISE ARNOLT, Deceased. LUKE J. LEROLLE, as Executor, etc., of WILLIAM MUSS ARNOLT, Appellant.— Motion for an extension of time denied, without prejudice to a motion in the Surrogate's Court, Bronx county, for an extens on of time in which to serve the proposed case on appeal. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

PARK AVENUE AND 185TH STREET REALTY CORPORATION v. JACOB M. ZINAMAN and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK RUSSO.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SILVERMAN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

ANGELO DIAZ, Trading under the Firm Name and Style of ANGELO, v. I. BLYN & SONS and Others, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

OSBERT C. ROACH and Another v. NOEL STATHAM.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

NEW YORK YELLOW CAB SALES AGENCY, INC., v. AMERICO F. ROSASCO, Doing Business, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

THE ALEXANDER CITY BANK v. THE EQUITABLE TRUST COMPANY OF NEW YORK and Another.— Motion to dismiss appeal granted, with ten dollars costs,